UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUAN C. RAMIREZ,

     Plaintiff,

v.                                                                Case No.:  2:26-cv-1930-SPC-NPM

CITY OF NAPLES, *et al.*,

     Defendants.

_____

## <u>ORDER</u>

This matter comes before the Court on a *sua sponte* review of the file. Local Rule 3.03 requires that each party file a disclosure statement using the standard form on the Court's website.  *See* M.D. Fla. R. 3.03.  The Civil Action Order requires the same.  (Doc. 5 at 2).  Plaintiff failed to file his disclosure statement, so Magistrate Judge Nicholas P. Mizell directed him to do so by June 24, 2026.  (Doc. 4).  And the Court cautioned him that "[f]ailure to do so may result in this case being closed without further notice."  (*Id.*) (emphasis omitted).  Even so, Plaintiff failed to comply.  True to its word, the Court now dismisses Plaintiff's case without prejudice.  *See* Fed. R. Civ. P. 41(b); *Owens v. Pinellas Cnty. Sheriff's Dep't*, 331 F. App'x 654, 656 (11th Cir. 2009) ("Pursuant to Fed. R. Civ. P. 41(b), a district court may *sua sponte* dismiss a plaintiff's action for failure to comply with the rules or any order of the court .

. . especially where the litigant has been forewarned[.]") (citation omitted); *see also Engels v. Gantlett*, No. 2:25-CV-726-NPM, 2026 WL 1434883, at *1 (M.D. Fla. May 21, 2026) (dismissing case without prejudice for "failure to comply with Local Rule 3.03 as well as multiple orders directing her to fulfill the rule's directive").

Accordingly, it is now

**ORDERED:**

1. Plaintiff's complaint (Doc. 1) is **DISMISSED without prejudice.**

2. The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on June 25, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2